Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

FILED

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

DEC 18 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA
JHS

CRESO CARNEIRO CALMON BULCAO

Case No.    1:25-cv-2560-JPH-MJD

)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**
NATIONAL BOARD OF MEDICAL EXAMINERS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED

JAN 07 2026 ᴾᴴ

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Creso Carneiro Calmon Bulcao |
| Street Address | 18930 Big Circle Drive |
| City and County | Noblesville |
| State and Zip Code | IN 46062 |
| Telephone Number | 463 272 9730 |
| E-mail Address | cresobulcao@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | National Board of Medical Examiners (NBME) |
| Job or Title *(if known)* | N/A |
| Street Address | 3750 Market Street |
| City and County | Philadelphia |
| State and Zip Code | PA 19104-3102 |
| Telephone Number | 215 590 9500 |
| E-mail Address *(if known)* | usmlesec@nbme.org |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Creso Carneiro Calmon Bulcao    , is a citizen of the State of *(name)*    INDIANA    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)*    National Board of Medical Examiners    , is incorporated under the laws of the State of *(name)*    Pennsylvania    , and has its principal place of business in the State of *(name)*    Multiple States (Nationwide)    .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

US$ 500,000.00 because this represents a very low estimation of the monetary loss in wages, salaries, and many gainful business opportunities which would require (all of them) a medical license in the US. Since 07/01/2021 I have been prohibited from sitting to take the exam USMLE step 3 which is the index exam of this claim. The NBME have reduced to 0 (ZERO) percent my chances to pass this exam. Of note, the NBME HAS A MONOPOLISTIC ACTIVITY AS THE SOLE PROVIDER AVAILABLE.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)*    Creso Carneiro Calmon Bulcao                            , and the defendant,

*(name)*   National board of medical Examiners                       , made an agreement or contract on

*(date)*        12/21/2015       . The agreement or contract was *(oral or written)*    Written          . Under that

agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
Agree and abide to the terms set between the consumer of the service of examination (examinee) and the service provider (examiner) in regard to the USMLE step 3 exam. In the 2010 Bulletin of Information (BOI) the terms set for this service had no even mention or allusion of ANY LIMIT OF ATTEMPTS. This was what both parties agreed to for THIS EXAM. Subsequently on 06/2014 and 07/2021 the provider altered this specific term in a DETRIMENTAL, UNILATERAL and RETROPACTIVE manner by making changes in this term from unlimited to 6 (SIX) in 2014 and later in 2021 a repeat breach was made with another change from 6 to 4 (attempts).

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
The plaintiff acknowledges the defendant has authority to update the terms of its agreements, like most service providers has in relation to their services. What the defendant claims is that these changes should not be applied to existing customers/examinees already in the course of their examination process. The argument that "plenty of time was allowed" does not justify a breach. No examiner is in a position to determine if an examinee is ready to be examined. This is beyond the scope of their activity and service (prepare & administer an exam /validate & report score). The defendant failed to uphold and honor the terms agreed to according to the BOI twice.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Relief 1) Reinstatement of the original terms agreed to between the service provider (defendant) and the consumer (plaintiff) for this specific exam object of this claim. The term reinstated being an unlimited number of attempts as agreed to originally for this exam.

Relief 2) A total Monetary Loss be set at US$ 500,000.00 (five hundred thousand dollars).

Obs1: the defendant did not have to make these changes effective retroactively affecting existing examinees already in the course of examination process. This was cruel, unethical and irresponsible. Livelihoods were at stake, substantial detrimental effects occurred due to this action to this day including full professional skill set deterioration, substantial loss of wages, research opportunities, professional acknowledgement, community

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                12/17/2025

Signature of Plaintiff

Printed Name of Plaintiff       Creso Carneiro Calmon Bulcao

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print          Save As...          Add Attachment          Reset

PLAINTIFF: CRESO CARNEIRO CALMON BULCAO

DEFENDANT: NATIONAL BOARD OF MEDICAL EXAMINERS

CASE # 1:25-CV-2560-**COMPLAINT**
JPH-MJD

The plaintiff, Creso Carneiro Calmon Bulcao, a foreign and US trained physician, is suing the National Board of Medical Examiners (NBME), the defendant and nationwide sole service provider for this exam for breach of contract of services agreed between the two parties. In 2010, the plaintiff applied for the USMLE Step 3 based on the then current Bulletin of Information (2010 BOI) which determined all aspects and terms for the service provided. In 2015, the NBME introduced in its 2015 BOI a limit to the number of attempts allowed per exam. And in 2022, another change was introduced further reducing the number of attempts per exam. Both these changes in the terms set were detrimental as they reduced from unlimited attempts to 6 attempts in 2015 and again from 6 to 4 attempts in 2022. These changes were also unilaterally determined as there was never an agreement to waive them. Lastly, these changes were made retroactive, affecting existing customers (examinees) already in the process of examination when a strategy and rationale for the " use of attempts " had already been made as in 2022, or in the case of the first change in 2015, this aspect/term was not even a matter of concern as there was no mention in the 2010 BOI of any limit of attempts. For the reasons described above, the plaintiff is bringing this complaint to the attention of The US DISTRICT COURT – INDIANAPOLIS – INDIANA.

1

The plaintiff is requesting the case to be decided by a jury.

The plaintiff believes his case belongs in a federal court for two reasons: First because the defendant is a private entity headquartered in a state different than the plaintiff. In addition to that, it involves a dispute of more than $75,000.

In 2015 and 2022, the defendant changed one term (number of attempts allowed per exam) of the agreements previously established between the customers (examinees) and the service provider (examiner). The Bulletin of Information has always served as the basis for rules and terms set at the time an agreement of service was entered. These changes took effect nationwide and affected ALL customers, including those already during their examination process in a detrimental, unilateral, retroactive way. As a result, the plaintiff lost wages of paid postgraduate training, such as residency, fellowship and internship training that are available to physicians eligible for licensure. The plaintiff himself secured and completed three years of postgraduate training, in two different programs in the United States, BEFORE these changes were enacted because reaching licensure was still feasible for the plaintiff. At the moment a physician can no longer reach licensure, as in the case of the plaintiff who took the USMLE step 3 exam four times and is no longer allowed to sit and take this exam anymore, paid and even non-paid training is no longer offered because it defies the purpose of training a professional in the first place, which is to practice the profession. In addition to the

2

lost wages there was also substantial deterioration of clinical and surgical skill of the plaintiff simply by lack of practice. Medicine, like most professions, requires continued practice and for this reason, the plaintiff will need to return to supervised training before going into unsupervised practice, and this means loss of time as well. As a result, the plaintiff's career has been substantially derailed.

The plaintiff is requesting two reliefs. First, the reinstatement of the original term agreed for this exam between the two parties. More specifically, unlimited attempts for this exam by the plaintiff. Second, as damages for lost wages from paid training since the year 2016 and substantial professional deterioration, the plaintiff is seeking $500,000.00 dollars.

01/07/2026
X CRESO CARNEIRO CALMON BULÇÃO
18930 BIG CIRCLE DRIVE, NoblesVILLE, IN
46062.

3